**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-1063

JULIAN LEE GREEN,

Plaintiff - Appellant,

v.

BRENDA MILLER, Clerk of Court, individual and official capacity; WHEELING HOUSING AUTHORITY, individual and official capacity; DAVID L. DELK, individual and official capacity; JOYCE WOLEN, Executive Director, Wheeling Housing Authority, individual and official capacity,

Defendants - Appellees.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:24-cv-00200-JPB-JPM)

Submitted:  September 25, 2025                    Decided:  September 29, 2025

Before GREGORY and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Julian Lee Green, Appellant Pro Se.  David L. Delk, GROVE, HOLMSTRAND & DELK, PLLC, Wheeling, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julian Lee Green seeks to appeal the district court's order granting motions to dismiss as to some, but not all, of the Defendants named in his 42 U.S.C. § 1983 complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Green seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*